AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**TROY ALAN LEWIS**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 23, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**knowingly attempted to persuade, induce, entice, and coerce an individual, under the age of eighteen to engage in sexual activity under such circumstances as would constitute a criminal offense by any person under 22 D. C. Code §3008.**

in violation of Title __18__ United States Code, Section(s) __2422(b)__.

I further state that I am __DETECTIVE TIMOTHY PALCHAK__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
**DETECTIVE TIMOTHY PALCHAK**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                              City and State

_____        _____
Name & Title of Judicial Officer                      Signature of Judicial Officer

# United States v. Troy Lewis

## STATEMENT OF FACTS

On Monday, April 23, 2007 Detective Palchak (MPD) was acting in an undercover capacity as part of a multi- jurisdictional Internet Crimes Against Children (ICAC) Task Force. Detective Palchak was operating out of the ICAC satellite office in Washington, DC. On Monday April 23, 2007, an individual using the screen name "pudendal518" initiated contact with Detective Palchak who was using the screen name "daughterlover_maryland". Detective Palchak identified himself as a thirty-six year- old male pedophile who had sexual access to a 10 year old fictitious child. The defendant who was using the screen name "pudendal518" identified himself as a thirty nine year old male who resided in Maryland.

The defendant initiated a conversation with the undercover in a private Yahoo chat room that started on Monday, April 23, 2007 at 3:43 p.m., and ended on April Monday, April 23, 2007 at 6:28 p.m. The defendant asked the undersigned if he had a daughter. The undersigned informed the defendant that he had an eleven year-old daughter. The defendant said, "damn. Perfect age ... wish I had one". The undersigned informed the defendant that he has had some sexual contact with his daughter but not much because he is afraid of her telling her mother. The undersigned informed the defendant that he was sexually active with a prostitute's daughter by the name of "K" who is 10 year old. The defendant said, he was not sexually active with any because it was hard to set up. The defendant informed the undersigned that he masturbates to a preteen porn site, (photoisland). The defendant further stated that he gets nervous sometimes and cleans his hard drive. The defendant then asked the undersigned if he was a cop or associated with perverted justice.

During the same chat, the defendant asked if undersigned had any ideas about him finding a "mouth" for the evening. The undersigned asked him if he wanted a preteen or anyone. The defendant said, "well, I doubt what I want is available, lol" . The defendant stated that he was sincere about meeting the 10 year old and further stated that the advantage with him is that he was leaving town in a few weeks. The undersigned informed the defendant that he does not wear a condom with the 10 year-old. The defendant said, "ive never had anything and have no interest in catching something... with a young one like that?... ill pass". The defendant stated " I'm up for us meeting in public soon...Remember I'm horny now, lol". Defendant asked the undersigned, "when did you last see k?" The undersigned responded: "like a little over a week". Defendant responded, "...so mom is probably expecting a call anyway...so you should set something up for tonight or tomorrow night. You and I meet somewhere else. If we're comfortable, we can go from there. If we don't click, you can still have your hookup later on".

After telling the defendant that he would get back to him, after he heard from the mom, the undersigned told the defendant approximately one hour later, that they could meet that night "between 9 and 9:30...". The defendant responded, "tonight would still work...so I'd like for me and you to meet well before then, if that's possible".

The undersigned sent the defendant a picture of a young child wearing a bathing suit to the defendant via instant message, that was supposed to be the child that the defendant would be meeting and have sex with.

      The undersigned informed the defendant that the mother of the ten year-old could drop the kid off at 8:00 p.m. at a hotel. The defendant exchanged numbers with the undersigned and agreed to meet at the Irish Channel bar at 500 H Street NW DC. At approximately 8:10 p.m., the defendant met the undersigned at the agreed upon location. The defendant was arrested without incident at 8:25 p.m.

                                      _____
                                      *DETECTIVE TIMOTHY PALCHAK*
                                      *METROPOLITAN POLICE DEPARTMENT*

*Subscribed and sworn to before me this _____day of April, 2007*

                                      _____
                                      *U.S. MAGISTRATE JUDGE*